No. 278. MITCHELL, SECRETARY OF LABOR, *v.* BUDD ET AL., DOING BUSINESS AS J. T. BUDD, JR., & Co., ET AL. C. A.

5th Cir. Certiorari granted. *Solicitor General Sobeloff, Stuart Rothman* and *Bessie Margolin* for petitioner. *Milton C. Denbo* for respondents.